McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cv-02898-FCD-JFM |
| )  Plaintiff, ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| ) v. ) | |
| APPROXIMATELY $63,786.12 IN U.S. ) CURRENCY SEIZED FROM WELLS FARGO ) BANK ACCOUNT NUMBER 5306090506 ) HELD IN THE NAME OF BEST GAS AND ) BEAR RIVER MARKET, and ) | |
| APPROXIMATELY $55,888.87 IN U.S. ) CURRENCY SEIZED FROM WELLS FARGO ) BANK ACCOUNT NUMBER 5306078386 ) HELD IN THE NAME OF ALTA SIERRA ) STATION, )  Defendants. ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

1

1        2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.   The defendant Approximately $63,786.12 in U.S. Currency Seized from Wells Fargo Bank Account Number 5306090506 held in the name of Best Gas and Bear River Market and the defendant Approximately $55,888.87 in U.S. Currency Seized from Wells Fargo Bank Account Number 5306078386, held in the name of Alta Sierra Station (hereafter "the defendant funds") were seized in the city of Davis, Yolo County, California.  The Department of the Treasury, Internal Revenue Service published notice of the nonjudicial forfeiture of the defendant funds on July 31, August 7, 14 and 21, 2008 in <u>The Davis Enterprise</u> and <u>The Union</u>.

4.   Plaintiff proposes that publication be made as follows:

    a.   One publication;

    b.   Thirty (30) consecutive days;

    c.   On the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov);

    d.   The publication is to include the following:

        (1)   The Court and case number of the action;

        (2)   The date of the arrest/seizure;

        (3)   The identity and/or description of the property arrested/seized;

        (4)   The name and address of the attorney for the Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney

for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

    (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 12/1/08    McGREGOR W. SCOTT
          United States Attorney

          /s/ Kristin S. Door
          KRISTIN S. DOOR
          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 10, 2009.

UNITED STATES MAGISTRATE JUDGE

/wellsfargo.ord

3