IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPROXIMATELY $63,786.12 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5306090506 HELD IN THE NAME OF BEST GAS AND BEAR RIVER MARKET, and<br><br>APPROXIMATELY $55,888.87 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5306078386 HELD IN THE NAME OF ALTA SIERRA STATION,<br><br>    Defendants.<br>_____/ | No. 2:08-cv-2898 FCD JFM<br><br>IN REM<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

        Plaintiff is proceeding with a civil action in this Court. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Plaintiff's ex parte motion for default judgment, filed on April 24, 2009, is before the court. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1

1. This action arose out of a Verified Complaint for Forfeiture In Rem filed December 1, 2008.

2. Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Habiba Sherali and Shahnawaz Sherali.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Habiba Sherali and Shahnawaz Sherali received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Habiba Sherali and Shahnawaz Sherali be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimants Habiba Sherali and Shahnawaz Sherali in the defendant funds;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant funds to the United States of America, to be disposed of according to law;

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Frank C. Damrell, Jr. and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that

/////

/////

1  failure to file objections within the specified time may waive the right to appeal the District
2  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED:  April 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; 63k.def