1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    2:08-CV-02898-FCD-JFM
                                      )
12          Plaintiff,                )    DEFAULT JUDGMENT AND
                                      )    FINAL JUDGMENT OF
13     v.                             )    FORFEITURE
                                      )
14 APPROXIMATELY $63,786.12 IN U.S.   )
   CURRENCY SEIZED FROM WELLS FARGO   )
15 BANK ACCOUNT NUMBER 5306090506     )
   HELD IN THE NAME OF BEST GAS AND   )
16 BEAR RIVER MARKET, and             )
                                      )
17 APPROXIMATELY $55,888.87 IN U.S.   )
   CURRENCY SEIZED FROM WELLS FARGO   )
18 BANK ACCOUNT NUMBER 5306078386     )
   HELD IN THE NAME OF ALTA SIERRA    )
19 STATION,                           )
                                      )
20          Defendants.               )
   _____)

21

22     This matter came on before the Honorable Magistrate Judge

23 John F. Moulds on plaintiff United States' *ex parte* motion for

24 default judgment.  There was no appearance by or on behalf of any

25 other person or entity claiming an interest in the defendant

26 funds to oppose plaintiff's motion.  The Magistrate Judge has

27 recommended that plaintiff's motion for default judgment be

28 granted.  Based on the Magistrate Judge's Findings and

1 Recommendations and the files and records of the Court, it is

2     ORDERED, ADJUDGED AND DECREED:

3     1. The Magistrate Judge's Findings and Recommendations are

4 adopted herein.

5     2. Habiba Sherali and Shahnawaz Sherali are held in

6 default.

7     3. A judgment by default is hereby entered against any

8 right, title or interest of Habiba Sherali and Shahnawaz Sherali

9 in the defendant funds referenced in the above-caption.

10     4. A final judgment of forfeiture is hereby entered,

11 forfeiting all right, title and interest in the defendant funds

12 to the United States, to be disposed of according to law.

13     5. All parties shall bear their own costs and attorneys'

14 fees.

15     SO ORDERED, this 22nd day of May, 2009.

16

17

18

19 _____

20 FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28